UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MAGGIE LOWERY,                      ) | |
|         Plaintiff,                              ) | |
|    vs.                                              ) | No. 1:12-cv-007-JMS-MJD |
|                                                       ) | |
| GREATER CLARK COUNTY SCHOOLS, ) | |
|    CORP.,                                        ) | |
|         Defendant.                           ) | |

**Entry Directing Further Proceedings**

**I.**

The plaintiff shall have **twenty (20) days** in which to either pay the $350.00 filing fee or demonstrate that she lacks the financial ability to do so.

**II.**

"A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). "A pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action will not do.' Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" *Id.* (quoting *Twombly,* 550 U.S. at 555, 557).

The plaintiff's initial submission of June 29, 2011, consists of a 13 page "account of the events that took place while I was employed" by the defendant. This does not constitute a "short and plain statement" showing that she is entitled to relief.

The plaintiff shall have **twenty (20) days** in which to file an amended complaint which complies with the guidelines provided above.

**IT IS SO ORDERED.**

Date: 08/20/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Maggie Lowery**
**P. O. Box 20114**
**Montgomery, AL 36116**